Arent Fox LLP / **Washington, DC** / New York, NY / Los Angeles, CA

# Arent Fox

February 3, 2009

**VIA MESSENGER**

Clerk of the Court
U.S. District Court for the Eastern District of Virginia
Alexandria Division
401 Courthouse Square
Alexandria, Virginia 22314-5798

**Gary C. Tepper**
Attorney
202.857.8982 DIRECT
202.857.6395 FAX
tepper.gary@arentfox.com

Reference Number
024664-00049

Re: **Precision Franchising LLC v. Pyong Ho Yim, et al.**

Dear Sir/Madam:

Enclosed please find for filing:

1. A civil cover sheet;

2. Check for $350.00;

3. An original and five (5) copies of the Complaint for Damages and Injunctive Relief;

4. An original and two (2) copies of Plaintiff's Financial Disclosure Statement;

5. Three (3) copies of a summons for Pyong Ho Yim; and

6. Three (3) copies of a summons for John Kim.

Please docket this matter, file-stamp four (4) copies of the Complaint, issue the summons and return the foregoing to my messenger.

Very truly yours,

Gary C. Tepper

GCT:jaq

Enclosures

— Called by GPS

LDR/243034.1

| 1050 Connecticut Avenue, NW | 1675 Broadway | 555 West Fifth Street, 48th Floor |
|---|---|---|
| Washington, DC 20036-5339 | New York, NY 10019-5820 | Los Angeles, CA 90013-1065 |
| T 202.857.6000 F 202.857.6395 | T 212.484.3900 F 212.484.3990 | T 213.629.7400 F 213.629.7401 |

SMART IN YOUR WORLD®