UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PRECISION FRANCHISING LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PYONG HO YIM, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:09cv108 |

## PLAINTIFF'S FINANCIAL DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, Plaintiff Precision Franchising LLC hereby states that the following are all parent, subsidiary or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public and all publicly held entities (corporate or otherwise) that own 10% or more of its stock:

Precision Auto Care, Inc.

_____
Gary C. Tepper
Kristine J. Dunne (VA Bar No. 45331)
Karen Carr (VA Bar No. 72801)
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: dunne.kristine@arentfox.com

Attorneys for Plaintiff
Precision Franchising LLC

Dated: February 3, 2009