# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

FILED
2009 FEB 20  P 3: 16
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

PRECISION FRANCHISING LLC,  )
    Plaintiff  )
v.  )  Civil Action No. 1:09cv108
PYONG HO YIM, et al.,  )
    Defendant  )

## Summons in a Civil Action

To: *(Defendant's name and address)*

Pyong Ho Yim
1009 Thornwood Street
Glendale, CA  91205

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kristine J. Dunne, Esq.
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5339

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk

Date: 2/4/09

Name of clerk of court

*[Deputy clerk's signature]*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  02-17-09 @ 6:45 pm , by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(X) other (specify)   by serving Mrs. Pyong Ho Yim, Wife (refused to give first name), a person of suitable age and discretion who stated that she resides therein with the defendant. Located at 2277 Saxtons River Road, Henderson, NV 89044.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date:  02-17-09

Server's signature

Ken Jamal

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Server's address

\* Complaint for Damages and Injunctive Relief