UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| PRECISION FRANCHISING LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 1:09-cv-00108-TSE-TCB |
| PYONG HO YIM, et al., | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff Precision Franchising LLC requests that the Clerk enter a notice of default against defendants Pyong Ho Yim and John Kim. Defendants were served on February 17, 2009 and February 19, 2009, respectively, and responsive pleadings were due on March 9, 2009, and March 11, 2009, respectively. Neither defendant has filed or served a responsive pleading. A Servicemembers Civil Relief Act Declaration and a Declaration of counsel are filed herewith.

Respectfully submitted,

/s/ Kristine J. Dunne
Gary C. Tepper
Kristine J. Dunne (VA Bar No. 45331)
Karen Carr (VA Bar No. 72801)
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339
Telephone: (202) 857-6000
Facsimile:  (202) 857-6395
Email:  dunne.kristine@arentfox.com

Attorneys for Plaintiff
Precision Franchising LLC

Dated: June 3, 2009