UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PRECISION FRANCHISING LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:09-cv-00108-TSE-TCB |
| ) | |
| PYONG HO YIM, et al., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF KRISTINE J. DUNNE IN SUPPORT OF
PLAINTIFF PRECISION FRANCHISING LLC'S
REQUEST FOR ENTRY OF DEFAULT**

Kristine J. Dunne, Esq., states and deposes under oath the following based on personal knowledge:

1. I am an attorney with the law firm of Arent Fox LLP, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5339. I represent Plaintiff Precision Franchising LLC ("Precision"). I am over eighteen years of age. I have personal knowledge of the matters set forth in this affidavit and, if called as a witness could and would testify competently thereto.

2. I submit this affidavit in support of Precision's Request for Entry of Default pursuant to Federal Rule of Civil Procedure 55(a).

3. This action, filed with the Court on February 4, 2009, is for breach of contract.

4. The service of process returns filed with the Court state that Defendants Pyong Ho Yim and John Kim were served on February 17, 2009 and February 19, 2009, respectively, and responsive pleadings were due on March 9, 2009, and March 11, 2009, respectively.

5. The Court's docket for this action reflects that neither Defendant has filed a responsive pleading.

6. Plaintiff has not been served with any responsive pleading from either of Defendants in this action.

I declare under penalty of perjury under the laws of the United States of America and of the Commonwealth of Virginia that the foregoing is true and accurate to the best of my knowledge, information and belief.

Executed on June 3, 2009

/s/ Kristine J. Dunne
Kristine J. Dunne (VA Bar No. 45331)
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339
Telephone: (202) 857-6000
Facsimile:  (202) 857-6395
Email:  dunne.kristine@arentfox.com

Counsel for Plaintiff
Precision Franchising LLC