UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PRECISION FRANCHISING LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PYONG HO YIM, et al., )<br>)<br>Defendants. )<br>) | C.A. No. 1:09-cv-00108-TSE-TCB |

## DECLARATION IN SUPPORT OF
## PLAINTIFF PRECISION FRANCHISING LLC'S
## REQUEST FOR ENTRY OF DEFAULT

Robert Falconi states and deposes under oath the following based on personal knowledge:

1. I am over 18 years of age. I have personal knowledge of the matters set forth in this affidavit and, if called as a witness, could testify competently thereto.

2. I submit this affidavit in support of Precision's Request for Entry of Default pursuant to Federal Rule of Civil Procedure 55(a). I have interacted with Defendants Pyong Ho Yim and John Kim personally.

3. Neither Pyong Ho Yim or John Kim is an infant or incompetent person.

4. I am duly authorized to make this affidavit on behalf of Precision Franchising LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2009

_____
Robert Falconi

LDR/250140.1