Case 1:09-cv-00108-TSE-TCB   Document 8-3   Filed 06/03/09   Page 1 of 2 PageID# 31
05/19/2009 17:37   7037717108          PRECISION                PAGE 02/03
May 19 09 03:27p   kurtis john              7025416303          p.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PRECISION FRANCHISING LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:09-cv-00108-TSE-TCB |
| ) | |
| PYONG HO YIM, et al., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION IN COMPLIANCE WITH SERVICEMEMBERS CIVIL RELIEF ACT**

Pursuant to Section 201 of the Servicemembers Civil Relief Act, 50 U.S.C. Appendix § 521, I, Kurtis Johnson do hereby depose and state as follows:

1. I am over 18 years of age. I have personal knowledge of the matters set forth in this affidavit and, if called as a witness, could testify competently thereto.

2. I submit this affidavit in support of Precision Franchising's Request for Order of Default. I am an Area Director for Precision Franchising for the area in which Defendants Pyong Ho Yim and John Kim is located. I have interacted with them and have recently visited their Center.

3. Neither Defendant Pyong Ho Yim or Defendant John Kim are in the military service, i.e., neither is a member of the Army, Navy, Air Force, Marine Corps, nor Coast Guard, nor is either a member of the National Guard under a call to active service or a commissioned officer of the Public Health Service or the National Oceanic and Atmospheric Administration.

LDR/244099.

4. I am duly authorized to make this affidavit on behalf of Precision Franchising.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kurtis Johnson

Executed on May 18, 2009

LDR/244099.

2