IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PRECISION FRANCHISING LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09cv108 |
| | ) | |
| PYONG HO YIM, et al., | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

Upon consideration of the August 20, 2009 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and based upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the August 20, 2009 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendants, jointly and severally, in the total amount of $99,213.00.[1]

It is further **ORDERED** that defendants are **DIRECTED** immediately to cease using and to return to plaintiff all of plaintiff's trade secrets, software and other proprietary information provided to defendants in connection with their franchise agreement and operation of the subject franchise.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to

---

[1] No additional amount is awarded for interest or attorney's fees as plaintiff does not specifically request such relief in its motion for default judgment or proposed order (Doc. 10).

1

defendant and all counsel of record.

Alexandria, VA
September 9, 2009

_____
T. S. Ellis, III
United States District Judge